No. 32. Suau v. El Juez de la Corte de Distrito de Maya-güez.—Solicitud para que se expida auto de *certiorari*. Resuelto en octubre 22, 1907. Denegada la solicitud. Abogados del peticionario: *Sres. Texidor y Suau.*

No. 209. Rosaly et al. v. Pérez et al.—Apelación procedente de la Corte de Distrito de Ponce. Moción para que se desestime la apelación. Resuelto en noviembre 4, 1907. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento de este tribunal. Abogado del promovente: *Sr. José Tous Soto.* Abogados de la parte contraria: *Sres. Boerman y Llorens.*

No. 210. Amy et al. v. Amorós et al.—Apelación procedente de la Corte de Distrito de Guayama. Moción para que se desestime la apelación. Resuelto en noviembre 11, 1907. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento de este tribunal. Abogado del promovente: *Sr. Texidor.* Abogado de la parte contraria: *Sr. Celestino Domínguez.*

No. 211. Carro v. Pérez et al.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en noviembre 12, 1907. Desestimada la apelación por incumplimiento del artículo 12 de la Ley de Desahucio de marzo 9, 1905. Abogado del promovente: *Sr. Emigdio S. Ginorio.* Abogado de la parte contraria: *Sr. Cruz Castro.*

No. 207. Jones v. Wenar.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en noviembre 25, 1907. Desestimada